UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:    Case No. 08-22676-dob
    Stephen V Bile
      DBA f/ Stephen's Aviation Services
    Priscilla A Bile
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/10/2008.

2) The plan was confirmed on 11/06/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/30/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/18/2013.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 55.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,681.00 |
| Less amount refunded to debtor | $974.00 |

**NET RECEIPTS:** $21,707.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,385.51 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $923.56 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,309.07

Attorney fees paid and disclosed by debtor: $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 75th District Court | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Solutions | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Advanta Bank Corp | Unsecured | 4,110.00 | NA | NA | 0.00 | 0.00 |
| AIG Federal Savings Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Alpena Alcona Area Credit Union | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA, NA | Secured | 22,000.00 | 22,814.08 | 22,814.08 | 0.00 | 0.00 |
| Capital One | Unsecured | 1,755.00 | NA | NA | 0.00 | 0.00 |
| Cardmember Services | Unsecured | 2,504.00 | NA | NA | 0.00 | 0.00 |
| Chadwick's of Boston | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Chemical Bank & Trust Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 35,700.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citifinancial | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citifinancial Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citimortgage Inc | Secured | 111,000.00 | 110,014.33 | 110,014.33 | 0.00 | 0.00 |
| Citizens Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 1,262.00 | 1,369.71 | 1,369.71 | 395.66 | 0.00 |
| Citizens Bank | Unsecured | 20,236.00 | 21,700.83 | 21,700.83 | 6,268.56 | 0.00 |
| Citizens Bank | Unsecured | 1,168.00 | NA | NA | 0.00 | 0.00 |
| Dow Chemical Employees Credit Union | Unsecured | 5,016.00 | 5,148.66 | 5,148.66 | 1,487.26 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 769.00 | 885.58 | 885.58 | 255.81 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 2,587.00 | 2,816.10 | 2,816.10 | 813.47 | 0.00 |
| eCast Settlement Corp | Unsecured | 618.00 | 409.56 | 409.56 | 115.08 | 0.00 |
| eCAST Settlement Corporation NJ-EFT | Unsecured | 2,664.00 | 2,984.03 | 2,984.03 | 861.98 | 0.00 |
| eCAST Settlement Corporation NJ-EFT | Unsecured | 1,551.00 | 2,028.20 | 2,028.20 | 585.87 | 0.00 |
| Elder Beerman | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Express | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Consumers National Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First USA & Bank One | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FPC FINANCIAL FSB | Unsecured | 2,724.00 | 2,925.72 | 2,925.72 | 845.14 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Frdf/cbsd | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GECAF | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Secured | NA | 9,194.29 | 9,194.29 | 0.00 | 0.00 |
| Household Tax Masters | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,200.00 | 3,330.73 | 3,330.73 | 3,330.73 | 0.00 |
| JC Penney Company | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JOHN A RIGG | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| Kay Jewelers | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kohl's Department Store | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lowe's Companies Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lowe's Companies Inc | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| Meijer Inc | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| National City Bank | Unsecured | 4,976.00 | 5,258.99 | 5,258.99 | 1,519.13 | 0.00 |
| National City Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| QVC Charge Card | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services LP CDA-10587 | Unsecured | NA | 2,944.54 | 2,944.54 | 850.57 | 0.00 |
| Sears Recovery | Unsecured | 2,852.00 | NA | NA | 0.00 | 0.00 |
| Sears Recovery | Unsecured | 3,041.00 | NA | NA | 0.00 | 0.00 |
| Shermeta, Adams & VonAllmen | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TIME INVESTMENT CO INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| World Financial Network | Unsecured | 136.00 | 244.41 | 244.41 | 68.67 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $142,022.70 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$142,022.70** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,330.73 | $3,330.73 | $0.00 |
| **TOTAL PRIORITY:** | **$3,330.73** | **$3,330.73** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$48,716.33** | **$14,067.20** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,309.07 |
| Disbursements to Creditors | $17,397.93 |
| **TOTAL DISBURSEMENTS** : | **$21,707.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/25/2013        By: /s/ Thomas McDonald
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**