# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: § | | Case No. 08-22676-DOB |
| § | | |
| STEPHEN V. BILE § | | |
| PRISCILLA A. BILE § | | |
| § | | |
| Debtors § | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 09/10/2008. The case was converted to one under Chapter 7 on 04/18/2013. The undersigned trustee was appointed on 04/18/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                      $10,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $2,706.06 |
   | Bank service fees | $73.69 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,220.25 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/24/2013 and the deadline for filing government claims was 10/24/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $66.00, for total expenses of $66.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/10/2014          By:    /s/ Daniel C. Himmelspach
                                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 08-22676-DSO | | **Trustee Name:** | Daniel C. Himmelspach |
| **Case Name:** | BILE, STEPHEN V. AND BILE, PRISCILLA A. | | **Date Filed (f) or Converted (c):** | 04/18/2013 (c) |
| **For the Period Ending:** | 1/10/2014 | | **§341(a) Meeting Date:** | 05/22/2013 |
| | | | **Claims Bar Date:** | 10/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Residence | $133,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash | $40.00 | $0.00 | | $0.00 | FA |
| 3  Dow Chemical C U | $0.00 | $0.00 | | $0.00 | FA |
| 4  Bank of America | $100.00 | $0.00 | | $0.00 | FA |
| 5  Wolverine Bank checking | $100.00 | $0.00 | | $0.00 | FA |
| 6  Household goods | $4,000.00 | $0.00 | | $0.00 | FA |
| 7  Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  Garnett Ring | $500.00 | $0.00 | | $0.00 | FA |
| 9  Dow Corning Pension continuing value | $0.00 | $0.00 | | $0.00 | FA |
| 10  Stephen Aviation Services, Inc a michigan corp 100% Stockholder | $1.00 | $0.00 | | $0.00 | FA |
| 11  PTP - Charter Mac | $0.00 | $0.00 | | $0.00 | FA |
| 12  Bourne, Hoppe & Associates LLC | $25,000.00 | $2,941.00 | | $0.00 | FA |
| 13  1992 Chevy Pickup | $500.00 | $0.00 | | $0.00 | FA |
| 14  1990 Chrysler - Junk | $100.00 | $0.00 | | $0.00 | FA |
| 15  Airplane | $35,700.00 | $10,000.00 | | $10,000.00 | FA |

**Asset Notes:** P/O 7/15/13

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$200,041.00     $12,941.00     $10,000.00     $0.00

**Initial Projected Date Of Final Report (TFR):** 12/31/2014     /s/ DANIEL C. HIMMELSPACH
**Current Projected Date Of Final Report (TFR):** 12/31/2014     DANIEL C. HIMMELSPACH

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-22676-DSO | **Trustee Name:** Daniel C. Himmelspach |
| **Case Name:** | BILE, STEPHEN V. AND BILE, PRISCILLA A. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8519 | **Checking Acct #:** ******1076 |
| **Co-Debtor Taxpayer ID #:** | **-***8520 | **Account Title:** |
| **For Period Beginning:** | 9/10/2008 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 1/10/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2013 | (15) | Smith, Martin, Powers & Knier | Sale Proceeds of airplane | 1129-000 | $10,000.00 | | $10,000.00 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $9,990.00 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.12 | $9,973.88 |
| 09/06/2013 | 5001 | Smith, Martin, Powers & Knier, PC | Attorney for Trustee Fees and Expenses p/o 9/5/13 | * | | $2,706.06 | $7,267.82 |
| | | | Attorney for Trustee Fees p/o 9/5/13  $(2,550.00) | 3210-000 | | | $7,267.82 |
| | | | Attorney for Trustee Expenses p/o 9/5/13  $(156.06) | 3220-000 | | | $7,267.82 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $12.89 | $7,254.93 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.70 | $7,243.23 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.31 | $7,231.92 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.67 | $7,220.25 |
| | | | **TOTALS:** | | $10,000.00 | $2,779.75 | $7,220.25 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,000.00 | $2,779.75 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $10,000.00 | $2,779.75 | |

**For the period of 9/10/2008 to 1/10/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,779.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,779.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2013 to 1/10/2014**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,779.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,779.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-22676-DSO | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|
| Case Name: | BILE, STEPHEN V. AND BILE, PRISCILLA A. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8519 | | Checking Acct #: | ******1076 |
| Co-Debtor Taxpayer ID #: | **-***8520 | | Account Title: | |
| For Period Beginning: | 9/10/2008 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 1/10/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,000.00 | $2,779.75 | $7,220.25 |

| For the period of 9/10/2008 to 1/10/2014 | | For the entire history of the case between 04/18/2013 to 1/10/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,000.00 | Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 | Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,779.75 | Total Compensable Disbursements: | $2,779.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,779.75 | Total Comp/Non Comp Disbursements: | $2,779.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH

| Case No. | 08-22676-DSO | | | | | | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BILE, STEPHEN V. AND BILE, PRISCILLA A. | | | | | | | Date: | 1/10/2014 |
| Claims Bar Date: | 10/24/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | SMITH, MARTIN, POWERS & KNIER, PC<br><br>900 Washington Ave.<br>PO Box 219<br>Bay City MI 48707-0219 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $2,550.00 | $2,550.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Attorney for Trustee p/o 9/5/13 | | | | | | | | |
|  | SMITH, MARTIN, POWERS & KNIER, PC<br><br>900 Washington Ave.<br>PO Box 219<br>Bay City MI 48707-0219 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $156.06 | $156.06 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Attorney for Trustee Expenses p/o 9/5/13 | | | | | | | | |
|  | DANIEL C. HIMMELSPACH<br>916 Washington Suite 305<br>Bay City MI 48708 | Trustee Expenses | Allowed | 2200-000 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |
|  | DANIEL C. HIMMELSPACH<br><br>916 Washington Suite 305<br>Bay City MI 48708 | Trustee Compensation | Allowed | 2100-000 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| 1 | GMAC<br><br><br><br>PO Box 130424<br>Roseville MN 55113 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOWED (In re Padget) | | | | | | | | |
| 2 | FPC FINANCIAL F.S.B.<br><br>P.O. Box 6600<br>Johnston IA 50131 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,080.58 | $0.00 | $0.00 | $0.00 | $2,080.58 |
| **Claim Notes:** | ALLOWED (Amount reflects $845.14 paid in the Chapter 13 prior to conversion) | | | | | | | | |

| Case No.: | 08-22676-DSO | | | | | | | | Trustee Name: Daniel C. Himmelspach |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BILE, STEPHEN V. AND BILE, PRISCILLA A. | | | | | | | | Date: 1/10/2014 |
| Claims Bar Date: | 10/24/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BANK OF AMERICA N.A.<br><br>475 Crosspoint Pkwy<br>P.O. Box 9000<br>Getzville NY 14068 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOWED (In Re Padget) | | | | | | | | |
| 4 | CITIZENS BANK<br><br>101 N. Washington<br>Saginaw MI 48607 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $974.05 | $0.00 | $0.00 | $0.00 | $974.05 |
| **Claim Notes:** | ALLOWED (Amount reflects $395.66 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 5 | CITIZENS BANK<br><br>101 N. Washington<br>Saginaw MI 48607 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $15,432.27 | $0.00 | $0.00 | $0.00 | $15,432.27 |
| **Claim Notes:** | ALLOWED (Amount reflects $6,268.56 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 6 | DOW CHEMICAL EMP CR UN<br><br>600 E Lyon Rd<br>Midland MI 48640 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,661.40 | $0.00 | $0.00 | $0.00 | $3,661.40 |
| **Claim Notes:** | ALLOWED (Amount reflects $1,487.26 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 7 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,093.57 | $0.00 | $0.00 | $0.00 | $2,093.57 |
| **Claim Notes:** | ALLOWED (Amount reflects $850.57 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 8 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,442.33 | $0.00 | $0.00 | $0.00 | $1,442.33 |
| **Claim Notes:** | ALLOWED (Amount reflects $585.87 paid in the Chapter 13 prior to conversion) | | | | | | | | |

| Case No.: | 08-22676-DSO | | | | | | | | Trustee Name: Daniel C. Himmelspach |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BILE, STEPHEN V. AND BILE, PRISCILLA A. | | | | | | | | Date: 1/10/2014 |
| Claims Bar Date: | 10/24/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | WORLD FINANCIAL NETWORK NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE WA 98121 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $175.74 | $0.00 | $0.00 | $0.00 | $175.74 |
| **Claim Notes:** | ALLOWED (Amount reflects $68.67 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 10 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>Chase Bank USA NA<br>PO Box 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,122.05 | $0.00 | $0.00 | $0.00 | $2,122.05 |
| **Claim Notes:** | ALLOWED (Amount reflects $ 861.98 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 11 | EAST BAY FUNDING, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville SC 29603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,002.63 | $0.00 | $0.00 | $0.00 | $2,002.63 |
| **Claim Notes:** | ALLOWED (Amount reflects $813.47 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 12 | CITIMORTGAGE, INC.<br>PO BOX 6941<br>The Lakes NV 88901-6006 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOWED (In re Padget) | | | | | | | | |
| 13 | ECAST SETTLEMENT CORPORATION<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $294.48 | $0.00 | $0.00 | $0.00 | $294.48 |
| **Claim Notes:** | ALLOWED (Amount reflects $115.08 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 14 | EAST BAY FUNDING, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville SC 29603 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $629.77 | $0.00 | $0.00 | $0.00 | $629.77 |
| **Claim Notes:** | ALLOWED (Amount reflects $306.89 paid in the Chapter 13 prior to conversion) | | | | | | | | |

| Case No. | 08-22676-DSO | | | | | | | | Trustee Name: | Daniel C. Himmelspach |
| Case Name: | BILE, STEPHEN V. AND BILE, PRISCILLA A. | | | | | | | | Date: | 1/10/2014 |
| Claims Bar Date: | 10/24/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 15 | NATIONAL CITY<br><br>PO Box 94982<br>Cleveland OH 44101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,739.86 | $0.00 | $0.00 | $0.00 | $3,739.86 |
| **Claim Notes:** | ALLOWED (Amount reflects $1,519.13 paid in the Chapter 13 prior to conversion) | | | | | | | | |
| 16 | INTERNAL REVENUE SERVICE<br><br>PO Box 21126<br>Philadelphia PA 19114-0326 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOWED (Paid in Full during Chapter 13) | | | | | | | | |
| 17 | FIRSTMERIT BANK, FKA CITIZENS BANK<br><br>101 N Washington<br>Saginaw MI 48607 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $23,002.44 | $0.00 | $0.00 | $0.00 | $23,002.44 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 18 | DOW CHEMICAL EMPLOYEES' CREDIT UNION<br>P.O. Box 1649<br>Midland MI 48641-1649 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | WITHDRAWN | | | | | | | | |
| 19 | FIRSTMERIT BANK, FKA CITIZENS BANK<br><br>101 N Washington<br>Saginaw MI 48607 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | WITHDRAWN | | | | | | | | |
| 20 | FIRSTMERIT BANK, FKA CITIZENS BANK<br><br>101 N Washington<br>Saginaw MI 48607 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | WITHDRAWN | | | | | | | | |
| | | | | | $62,173.23 | $2,706.06 | $0.00 | $0.00 | $59,467.17 |

| | |
|---|---|
| **Case No.** 08-22676-DSO | **Trustee Name:** Daniel C. Himmelspach |
| **Case Name:** BILE, STEPHEN V. AND BILE, PRISCILLA A. | **Date:** 1/10/2014 |
| **Claims Bar Date:** 10/24/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $156.06 | $156.06 | $156.06 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $2,550.00 | $2,550.00 | $2,550.00 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $3,330.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $88,792.50 | $57,651.17 | $0.00 | $0.00 | $0.00 | $57,651.17 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $142,022.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| Trustee Expenses | $66.00 | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 08-22676-DOB
Case Name: STEPHEN V. BILE
PRISCILLA A. BILE
Trustee Name: Daniel C. Himmelspach

Balance on hand: $7,220.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | GMAC | $9,194.29 | $0.00 | $0.00 | $0.00 |
| 3 | Bank of America N.A. | $22,814.08 | $0.00 | $0.00 | $0.00 |
| 12 | Citimortgage, Inc. | $110,014.33 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,220.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Daniel C. Himmelspach, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| Daniel C. Himmelspach, Trustee Expenses | $66.00 | $0.00 | $66.00 |

Total to be paid for chapter 7 administrative expenses: $1,816.00
Remaining balance: $5,404.25

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,404.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|  | Remaining balance: | $5,404.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,651.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | FPC Financial f.s.b. | $2,080.58 | $0.00 | $195.04 |
| 4 | Citizens Bank | $974.05 | $0.00 | $91.32 |
| 5 | Citizens Bank | $15,432.27 | $0.00 | $1,446.63 |
| 6 | Dow Chemical Emp Cr Un | $3,661.40 | $0.00 | $343.22 |
| 7 | LVNV Funding LLC its successors and assigns as | $2,093.57 | $0.00 | $196.25 |
| 8 | eCAST Settlement Corporation assignee of | $1,442.33 | $0.00 | $135.20 |
| 9 | WORLD FINANCIAL NETWORK NATIONAL BANK | $175.74 | $0.00 | $16.47 |
| 10 | eCAST Settlement Corporation assignee of | $2,122.05 | $0.00 | $198.92 |
| 11 | East Bay Funding, LLC | $2,002.63 | $0.00 | $187.73 |
| 13 | eCAST Settlement Corporation | $294.48 | $0.00 | $27.60 |
| 14 | East Bay Funding, LLC | $629.77 | $0.00 | $59.03 |
| 15 | National City | $3,739.86 | $0.00 | $350.58 |
| 17 | FirstMerit Bank, fka Citizens Bank | $23,002.44 | $0.00 | $2,156.26 |
| 18 | Dow Chemical Employees' Credit Union | $0.00 | $0.00 | $0.00 |
| 19 | FirstMerit Bank, fka Citizens Bank | $0.00 | $0.00 | $0.00 |
| 20 | FirstMerit Bank, fka Citizens Bank | $0.00 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $5,404.25 |
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |